No. 75–5417. NAJARES *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 75–5435. SWAN *v.* MICHIGAN. Sup. Ct. Mich. Certiorari denied.

No. 75–5439. BELL *v.* SKELTON, CHAIRMAN, TEXAS BOARD OF PARDONS AND PAROLES, ET AL. C. A. 5th Cir. Certiorari denied.

No. 75–5451. CONWAY ET AL. *v.* MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 75–5452. BOHMER *v.* CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 75–5462. GRIFFIN *v.* WARDEN, WEST VIRGINIA STATE PENITENTIARY. C. A. 4th Cir. Certiorari denied.

No. 75–5463. WELSH *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 75–5469. LAUB *v.* CALIFORNIA. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 75–5531. WILLIAMS *v.* NEW YORK. Sup. Ct. N. Y., New York County. Certiorari denied.

No. 75–5532. HALL *v.* MICHIGAN. Sup. Ct. Mich. Certiorari denied.

No. 75–5535. KING *v.* SCHUBIN, CORRECTIONAL SUPERINTENDENT. C. A. 2d Cir. Certiorari denied.

No. 75–5557. MALONE *v.* ALABAMA. C. A. 5th Cir. Certiorari denied.